IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-50534
Summary Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

FRANKLIN ROLLIN JOHNSTON,
also known as Johnny Johnston,

                                        Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-95-CR-154-2
- - - - - - - - - -

March 12, 1999

Before EMILIO M. GARZA, DeMOSS, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

    Franklin Rollin Johnston appeals from the district court's
denial of his motion to dismiss the indictment on jurisdictional
grounds pursuant to Fed. R. Crim. P. 12(b)(2) after a timely
notice of appeal had been filed.  Johnston's timely notice of
appeal divested the district court of its jurisdiction to address
the motion.  United States v. 4,970 Acres of Land, 130 F.3d 712,
714 (5th Cir. 1997).  Accordingly, we AFFIRM the district court's

_____

    [*] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

denial of the motion to dismiss the indictment on the ground that

the district court was without jurisdiction to consider the motion.

Johnston's outstanding motions are DENIED.

AFFIRMED.   MOTIONS DENIED.